**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| RYE KEISHA JEFFERS,<br><br>    PLAINTIFF,<br><br>vs.<br><br>RAQUEL HARRISON-BAILEY, NEISHA L. BROWN., NEILE HICKS and MARYLAND TRANSIT ADMINISTRATION,<br><br>    DEFENDANTS, | CIVIL ACTION NO.<br>1:16-CV-03683 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Rye Keisha Jeffers, ("Plaintiff"), by and through her the undersigned counsel, and hereby responds to the Defendants Motion to Dismiss (the "Motion") and for reasons state:

1. That Plaintiff's claims should not be dismissed as the Plaintiff has properly alleged claims upon which relief can be granted as more fully set forth in the accompanying Memorandum in Support of her Complaint.

2. That as the Court is well aware, in regard to a motion to dismiss, the facts alleged in the complaint are treated as true and are viewed in the light most favorable to the plaintiff. In analyzing a Rule 12(b)(6) motion, the Court views all well-pleaded allegations in the light most favorable to the plaintiff. <u>Ibarra v. United States</u>, 120 F.3d 472, 474 (4th Cir. 1997). ". Further, all reasonable inferences must be resolved in favor of the complaint and the pleadings are to be liberally construed to do so. Id. (Emphasis added).

11303158v.1

3.      That such Memorandum of Law in support of Plaintiff's claims be incorporated by reference herein.

WHEREFORE, Plaintiff, Rye Keisha Jeffers prays for relief as follows:

(a) that the Defendants Motion to Dismiss be denied;

(b) for her costs and attorneys fees; and

(c) for all other proper relief to which this Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICES OF KIM PARKER, P.A.**

/s/ Kim Parker /s/
Kim Parker, Esquire
Federal Bar No. 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
Office: 410-234-2621
Facsimile: 410-23612
Email: kp@kimparkerlaw.com

*Counsel for Plaintiff Rye Keisha Jeffers*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of December 2016, a copy of the foregoing Response to Motion to Dismiss was served on Counsel for the Defendants by the Courts ECF Noticing System.

/s/ Kim Parker /s/

Kim Parker, Esquire
COUNSEL FOR PLAINTIFF

11303158v.1