

**Nancy K. Kopp**
State Treasurer

**Bernadette T. Benik**
Chief Deputy Treasurer

Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, MD 21218

Date: 10/11/13

RE:          Claimant: Rye Keisha Jeffers
            Date of Loss: April 19, 2013
            Claim Number: ▇▇▇▇▇1406

Dear Ms. Parker:

    This will acknowledge receipt of your claim. After our preliminary review, we have determined this loss involves a Maryland Transit Administration (MTA) vehicle. MTA claims are not subject to the Maryland Tort Claims Act which is administered by the State Treasurer's Office.

    Therefore, you should forward your claim directly to the Maryland Transit Administration for consideration. Please direct any future correspondence to the address below:

**Transit Insurance Group**
**1515 Washington Blvd., Ste. 2600**
**Baltimore, MD 21230**
Phone Number: 410-454-7310

Sincerely,

*Ray Garvey*

Ray Garvey
Claims Adjuster
Insurance Division

cc: Michael Fullerton