### DISTRICT COURT OF MARYLAND
[Go Back Now](#)

## Case Information

Court System: **DISTRICT COURT FOR BALTIMORE CITY - CRIMINAL SYSTEM**
Case Number: **1B02219183**   Tracking No: **136105886943**
Case Type: **CRIMINAL**
District Code: **01**   Location Code: **01**
Document Type: **STATEMENT OF CHARGES**   Issued Date: **04/20/2013**
Case Status: **CLOSED**   Case Disposition: **TRIAL**

## Defendant Information

Defendant Name: **JEFFERS, RYE KIESHA**
Race: **BLACK, AFRICAN AMERICAN**
Sex: **F**   Height: **507**   Weight: **215**   DOB: **07/18/1985**
Address: **3727 PIKESWOOD DR**
City:       **RANDALLSTOWN**   State: **MD**   Zip Code: **21133 - 0000**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

---

Charge No: **001**   Description: **DISORDERLY CONDUCT**
Statute:         **CR.10.201.(c)(2)**   Description: **DISORDERLY CONDUCT**
Amended Date:    CJIS Code: **2 0050**   MO/PLL:   Probable Cause: **X**
Incident Date From: **04/19/2013**   To: **04/19/2013**   Victim Age:

*Disposition*

Plea:            **OTHER PLEA**
Disposition:     **NOLLE PROSEQUI**   Disposition Date: **09/16/2013**
                 Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
Amt Suspended:   Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
PBJ EndDate:         Probation End Date:    Restitution Amount: **$0.00**
Jail Term:       Yrs:    Mos:    Days:
Suspended Term:  Yrs:    Mos:    Days:
Credit Time Served:

---

Charge No: **002**   Description: **FAIL OBEY RENBLE/LAWFL**
Statute:         **CR.10.201.(c)(3)**   Description: **FAIL OBEY RENBLE/LAWFL**
Amended Date:    CJIS Code: **2 0055**   MO/PLL:   Probable Cause: **X**
Incident Date From: **04/19/2013**   To: **04/19/2013**   Victim Age:

*Disposition*

Plea:            **OTHER PLEA**
Disposition:     **NOLLE PROSEQUI**   Disposition Date: **09/16/2013**
                 Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
Amt Suspended:   Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
PBJ EndDate:         Probation End Date:    Restitution Amount: **$0.00**
Jail Term:       Yrs:    Mos:    Days:
Suspended Term:  Yrs:    Mos:    Days:
Credit Time Served:

---

Charge No: **003**   Description: **RESIST/INTERFERE WITH ARREST**

Statute: **CR.9.408.(b)**   Description: **RESIST/INTERFERE WITH ARREST**
Amended Date:   CJIS Code: **1 0600**   MO/PLL:   Probable Cause: **X**
Incident Date From: **04/19/2013**   To: **04/19/2013**   Victim Age:

### Disposition

Plea:                **OTHER PLEA**
Disposition:         **NOLLE PROSEQUI**   Disposition Date: **09/16/2013**
                     Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
Amt Suspended:       Fine: **$0.00**   Court Costs: **$0.00**   CICF: **$0.00**
PBJ EndDate:         Probation End Date:   Restitution Amount: **$0.00**
Jail Term:           Yrs:   Mos:   Days:
Suspended Term:      Yrs:   Mos:   Days:
Credit Time Served:

### Related Person Information

*(Each Person related to the case other than the Defendant is shown)*

Name: **BROWN, NEISHA**
Connection: **WITNESS/POLICE OFFICER**
Agency Code: **MTA**   Agency Sub-Code: **0001**   Officer ID: **0274**

Name:
Connection: **WITNESS/POLICE OFFICER**
Agency Code: **MTA**   Agency Sub-Code: **0001**   Officer ID: **MTA0**

Name: **HARRISON, RAQUEL**
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **MTA**   Agency Sub-Code: **0001**   Officer ID: **0155**

Name: **REYES, MARIANNE**
Connection: **ASSISTANT PUBLIC DEFENDER**
Address: **4151 PARK HEIGHTS AVE**
City: **BALTIMORE**   State: **MD**   Zip Code: **21215 - 0000**

### Event History Information

| Event | Date | Comment |
| --- | --- | --- |
| DOCI | 04/20/2013 | SC ISSUED 130420 |
| INIT | 04/20/2013 | 130420;00000000.00;ROR ;100; ;1324 |
| BSET | 06/03/2013 | 130603;00000000.00;BALC;100; ;9Z2 |
| WARI | 06/03/2013 | 130603;AD 5900;1;FTA;D13007578-3 |
| WARR | 06/17/2013 | 130617;D13007578-3;RECALL/RESET PER JUDGE C |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*