IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RYE'KEISHA JEFFERS

v.   Civil No. 16-cv-03683-JFM

RAQUEL HARRISON-BAILEY, *et al.*

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 21st day of March 2017, ORDERED:

(1) Defendants motion to dismiss (ECF No. 21) Plaintiff Jeffers' Third Amended Complaint (ECF No. 19) is GRANTED in part and DENIED in part;

(2) Counts 7, 8, 9, 10, 12, and 13 in Jeffers' Third Amended Complaint (ECF No. 19) are dismissed against all defendants.

_____/s/_____
J. Frederick Motz
United States District Judge