# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Baltimore Division

| | |
|---|---|
| RYE KEISHA JEFFERS,<br><br>     Plaintiff,<br><br>vs.<br><br>RAQUEL HARRISON-BAILEY, NEISHA L. BROWN., NEILE HICKS and MARYLAND TRANSIT ADMINISTRATION,<br><br>     Defendants, | CIVIL ACTION NO.<br>1:16-CV-03683 |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

**NOW COMES,** the plaintiff, Rye Keisha Jeffers, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26(a)(2) and this Honorable Court's Scheduling Order designates the following individuals and entities as potential expert witnesses, as potential hybrid and subject matter experts' witnesses to testify at the trial of this matter:

1.     Representatives and doctors from Maryland General Hospital located at 827 Linden Ave, Baltimore, MD 21201; are experts in the field of emergency medicine; they are expected to testify as to the treatment rendered to the Plaintiff following the injuries sustained during her beating by the defendants'; they are able to testify to ongoing pain, maximum medical improvement, prescriptions and the permanent injury to the plaintiff's right knee. The Plaintiff incorporates herein by reference all of his medical records attached to the Plaintiff's response to request for production of documents, as if herein restated. Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in his possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by

Defendant. No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

2. Felicia Dantzler, 3701 Edgewood Road, Baltimore, Maryland 21215. Ms. Dantzler's expert report is attached and incorporated herein for reference.

3. Plaintiff reserves the right to supplement.

Respectfully Submitted,

By: /s/ Kim Parker /s/
_____
Kim Parker, Esquire
The Law Offices of Kim Parker, P.A
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E: kp@kimparkerlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June 2017, a copy of the foregoing Expert Designation was served on Counsel for the Defendants by the Courts ECF Noticing System.

/s/ Kim Parker /s/
_____
Kim Parker, Esquire
COUNSEL FOR PLAINTIFF