**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RYEKEISHA JEFFERS** | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO: 16-CV-03683-JFM |
| **RACQUEL HARRISON-BAILEY,** *et al* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

UPON CONSIDERATION of the foregoing Motion to Extend the Discovery Deadline, any responses thereto, it is on this _____ day of _____ 2017 hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED, that the dates of the scheduling order are amended as follows:

Discovery Deadline; submission of status report ………………………12/05/2017

Requests for Admission …………………………………..12/15/2017

Settlement Conference …………………………………12/21/2017

Dispositive pretrial motions deadline …………………1/27/2018

_____
Judge J. Frederick Motz