IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYE'KEISHA JEFFERS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 1:16-CV-03683-JFM |
| RAQUEL HARRISON-BAILEY, *et al* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANTS' MOTION TO QUASH THE VIDEOTAPED DEPOSITION OF STACEY FREEDMAN**

Defendants Raquel Bailey and Neisha Brown (hereinafter, "Defendants"), by their undersigned counsel, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby move to quash Plaintiff's subpoena, calling Stacey Freedman, for a videotaped deposition on November 28, 2017.  As grounds for this motion, Defendants state as follows:

1. On or about October 30, 2017, Plaintiff Served on Stacey Freedman, the purported custodian of records for the Maryland Transit Administration Police (hereinafter, "MTA Police"), a subpoena and notice of deposition, commanding Ms. Freedman to appear at the office of Plaintiff's counsel for a videotaped deposition on November 28, 2017.  (See "Notice of Video Taped Deposition of Custodian of Records," appended hereto and incorporated herein as Exhibit A).  The subpoena also commands Ms. Freedman to produce certain documents listed in the accompanying notice of deposition.  (Id.).

2. F.R.C.P. Rule 45 permits a district court to either modify or quash a subpoena where the subpoena "subjects a person to undue burden."  At (3)(a).  Here, the subpoena requests Ms. Freedman to appear for a videotaped records deposition as the purported custodian of records for the MTA Police.  However, as Plaintiff's counsel has already been advised, Ms. Freedman is not the custodian of records for the MTA Police.   As such, compelling Ms. Freedman to appear would

subject her to "undue burden" as she is not the appropriate person to testify and/or produce the requested records.

      3.      For this reason, Defendants move to quash Plaintiff's subpoena and for such other relief as this Court deems just and proper.

         */s/ Ronald M. Cherry*
         Ronald M. Cherry (07927)
         Abby U. Van Grinsven (011814)
         Bonner Kiernan Trebach & Crociata LLP
         1233 20th Street, NW, 8th Floor
         Washington, D.C. 20036
         (202) 712-7000
         (202) 712-7100 (facsimile)
         *rcherry@bonnerkiernan.com*
         *avangrinsven@bonnerkiernan.com*
         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2017, a copy of the foregoing was served, electronically, via the Court's electronic filing system upon:

    Kim Parker, Esquire
    Law Offices of Kim Parker, P.A.
    2123 Maryland Avenue
    Baltimore, Maryland 21218

         */s/ Ronald M. Cherry*
         Ronald M. Cherry