IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYEKEISHA JEFFERS | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO: 16-CV-03683-JFM |
| RACQUEL HARRISON-BAILEY, *et al* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of Plaintiff's Consent Motion to Modify Scheduling Order, it is hereby this ____ day of _____, 2017, ORDERED, that the Motion is granted and it is further ORDERED, that the Scheduling Order is modified as follows:

Discovery Deadline; submission of status report ……………………….02/05/2018

Request for Admissions……………………………………………………...02/15/2018

Settlement Conference ………………………………………………….30 days after close of discovery

Dispositive pretrial motions deadline……………………………………02/27/2018

Deadline to file supplemental disclosures……………………………02/15/2018

Signed this 6 day of Dec, 2017

_Judge J. Frederick Motz_   USDJ