IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYEKEISHA JEFFERS | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO: 16-CV-03683-JFM |
| RACQUEL HARRISON-BAILEY, *et al* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER
INCUDING EXTENSION OF TIME TO CONDUCT DISCOVERY
AND REQUEST FOR A HEARING**

COMES NOW, Rye'Keisha Jeffers, ("Plaintiff"), by her undersigned counsel, Kim Parker, Esq., and the Law Offices of Kim Parker, P.A., and moves this Honorable Court to extend the time to conduct discovery and for reasons state:

1. The parties in this matter have been unable to complete discovery in accordance with the second amended Scheduling Order, despite Plaintiff's good faith efforts.

2. Specifically, on October 3, 2017 Plaintiff's counsel filed a Consent Motion for an extension of time to conduct discovery which was granted by the Court.

3. Since the entry of the Amended Scheduling Order, the Plaintiff has deposed several of the witnesses named in the Defendants' Answers to Interrogatories. Moreover, Plaintiff has issued subpoenas to third parties. The parties have been diligent. However, the Plaintiff needs to depose the Rule 30(b)(6) witnesses of a third party, Maryland Transit Administration("MTA"). The Defendants' counsel recently notified undersigned counsel that he

1

has identified four (4) individual corporate witnesses to testify concerning the matters outlined in Plaintiff's Rule 30(b)(6) notice of deposition.

4. There are several more witnesses that Plaintiff has been unable to depose due to scheduling conflicts between the parties. Moreover, Defendants' has noted the deposition of Plaintiff's Expert Witness for February 12, 2018. Additionally, several of Plaintiff's witnesses were also unavailable to be deposed by the Defendants'.

5. Undersigned counsel is seeking a full and fair opportunity to complete discovery in an orderly fashion so as to afford her clients the best possible representation at the time of trial.

6. Prior to filing this motion Plaintiff's requested Defendants' counsel consent to this Motion. As of this writing, Plaintiff has not received a response.

7. Plaintiff seeks a sixty (60) day extension of the existing scheduling Order and has attached a draft Order for the Court's approval.

8. Plaintiff will suffer severe prejudice if the Court denies this relief. Justice will be furthered by the granting of this Motion.

9. Fed. R. Civ. P. 26(b)(2)(C) and 26(g)(1)(B)(iii) require that discovery in civil cases be proportional to what is at issue in the case, and require the Court, upon motion or on its own, to limit the frequency or extent of discovery otherwise allowed to ensure that discovery is proportional. Rule 16(b)(4) of the Federal Rules of Civil Procedure governs the modification of a scheduling order. This rule provides courts with considerable discretion in managing and modifying the timing of pretrial discovery and other scheduling matters. See _Dent v._

*Montgomery*, 745 F. Supp. 2d 648, 663 (D. Md. 2010). The "only formal limitation on this discretion with respect to consideration of motions to [modify] scheduling orders is that the moving party demonstrate good cause." *Dent*, 745 F. Supp. at 663 (citing Fed. R. Civ. P. 16(b)(4)).

WHEREFORE, Plaintiff respectfully request that the Court grant the relief requested and for such other and further relief as may be deemed just and proper.

                                               Respectfully submitted,

                                               /s/ Kim Parker /s/

                                               Kim Parker, Esq.
                                               Federal Bar No.: 23894
                                               LAW OFFICE OF KIM PARKER, P.A.
                                               2123 Maryland Avenue
                                               Baltimore, Maryland 21218
                                               (410) 234-2621
                                               (410) 234-2612 facsimile
                                               kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of February, 2018, a copy of Plaintiff's Motion for Extension of Time to Conduct Discovery has been served via electronic notice to:

Ronald M. Cherry
Abby U. Van Grinsven
rcherry@bonnerkiernan.com
avangrinsven@bonnerkiernan.com

                                               /s/ Kim Parker /s/

                                               Kim Parker, Esq.