# BONNER KIERNAN
### BONNER KIERNAN TREBACH & CROCIATA LLP

711 St. Paul Street | Baltimore, MD 21202 | Telephone: (410) 415-1666 | Fax: (410) 415-1667

www.bonnerkiernan.com

May 11, 2018

The Honorable Deborah K. Chasanow
U.S.D.C. for the District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt MD 20770

    **Re:** *Ryekeisha Jeffers v. Racquel Harrison-Bailey, et al.*
          **Case No.: 1:16-CV-03683**
          **United States District Court for the District of Maryland**
          **BKTC File No.: 1202.0032**

Dear Judge Chasanow:

    The parties have reached a settlement in this matter. We wanted to let you know before any unnecessary time was spent working on pending Motions. We expect to file closing papers within the next 30 days.

    Thank you for your attention to this matter.

                                                   Very truly yours,

                                                 */s/Ronald M. Cherry*
                                                 RONALD M. CHERRY

cc:    Kim D. Parker, Esq.

Connecticut | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island | Virginia | Washington, DC